JAMES J. BINGHAM, PLAINTIFF-PETITIONER, v. DEPART-MENT OF CIVIL SERVICE, *ET AL.*, DEFENDANTS-RE-SPONDENTS.

See same case below: 77 *N. J. Super.* 459.

*Mr. Max A. Boxer* for the petitioner.

*Mr. Martin Klughaupt* for the respondents.

February 11, 1963.   Granted.

GEORGE PRICE, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. B. CONSTRUCTION CO., DEFENDANT-PETITIONER.

See same case below: 77 *N. J. Super.* 485.

*Messrs. Kristeller, Zucker, Lowenstein & Cohen* for the petitioner.

*Mr. Matthew Krafte* for the respondents.

February 11, 1963.   Denied.